IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERMAINE LATIMER MCKIVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12CR71-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On June 5, 2018, the United States Magistrate Judge's Text Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Text Recommendation dated June 5, 2018; Doc. 51.) Plaintiff filed an objection to the Text Recommendation. (Doc. 52.)

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Text Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Reopen his Initial 28 U.S.C. § 2255 Proceeding Pursuant to Fed. R. Civ. P. 60(b) (Doc. 50) is **DENIED.**

This the 2nd day of July, 2018.

_____
United States District Judge